JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC., | Case No. CV 20-10170 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CABO CONCEPTS LIMITED, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 7th day of June, 2021.

/s/
Fernando M. Olguin
United States District Judge